IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JIMMY HUGH DUVALL, JR., Individually, and
On behalf of the wrongful death beneficiaries of
BRANDON CROSS DUVALL, deceased                                PLAINTIFF

v.                                         CIVIL ACTION NO.: 3:18-cv-39-LG-LRA

SMITH COUNTY, MISSISSIPPI; SMITH
COUNTY, MISSISSIPPI, SHERIFF'S
DEPARTMENT; SMITH COUNTY, MISSISSIPPI,
BOARD OF SUPERVISORS; JASON RUNNELS,
In His Individual and Official Capacity; TRISTIN
HERNANDEZ; SOUTHERN STYLES SALON;
JOHN DOES 1-10; JANE DOES 1-10; and
ABC CORPORATIONS 1-10                                       DEFENDANTS

## AGREED ORDER DISMISSING SMITH COUNTY, MISSISSIPPI SHERIFF'S DEPARTMENT AND SMITH COUNTY, MISSISSIPPI BOARD OF SUPERVISORS

This cause came on to be heard on the *ore tenus* Motion of Plaintiff, Jimmy Hugh Duvall and Defendants, Smith County, Mississippi Sheriff's Department, and Smith County, Mississippi, Board of Supervisors, and the Court, having heard and considered the same, and it being made known that the parties are in agreement thereto, finds that said Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the Smith County, Mississippi Sheriff's Department and Smith County, Mississippi Board of Supervisors are dismissed without prejudice.

IT IS FURTHER ORDERED THAT this order shall have no effect on Smith County, Mississippi here, the real party in interest.

**SO ORDERED AND ADJUDGED** this the 21st day of February, 2018.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge

AGREED TO:

/s/Derek L. Hall, Esq.
DEREK L. HALL, ESQ. (MSB #10194)
MEGAN E. TIMBS, ESQ. (MSB #105331)
DEREK L. HALL, PLLC
1911 Dunbarton Drive
Jackson, MS 39216
Tel:   601-202-2222
Fax:   601-981-4717
derek@dlhattorneys.com
megan@dlhattorneys.com
*Attorneys for Plaintiff*


/s/William R. Allen
WILLIAM R. ALLEN, ESQ. (MSB # 100541)
J. CHADWICK WILLIAMS, ESQ. (MSB #102158)
Allen, Allen, Breeland & Allen, PLLC
P. O. Box 751
Brookhaven, MS 39602-0751
Tel:   601-833-4361
Fax:   601-833-6647
wallen@aabalegal.com
cwilliams@aabalegal.com
*Attorneys for Smith County*