IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JIMMY HUGH DUVALL, JR.**                                                   **PLAINTIFF**

v.                                                            CAUSE NO. 3:18cv39-LG-LRA

**SMITH COUNTY, MISSISSIPPI; JASON
RUNNELS,** *in his individual and official
capacities*; **TRISTAN HERNANDEZ;** and
**SOUTHERN STYLES SALON**                                                  **DEFENDANTS**

## FINAL JUDGMENT OF DISMISSAL

In accordance with the Court's Memorandum Opinion and Order entered herewith dismissing with prejudice Plaintiff Jimmy Hugh Duvall, Jr.'s claims under 42 U.S.C. § 1983 against Defendants Smith County, Mississippi and Jason Runnels, and dismissing without prejudice Plaintiff's state law negligence claims against Defendants Smith County, Mississippi, Tristan Hernandez, and Southern Styles Salon,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the defendants.  Plaintiff's § 1983 claims against Smith County, Mississippi and Jason Runnels are **DISMISSED WITH PREJUDICE**, and Plaintiff's negligence claims against Smith County, Mississippi, Tristan Hernandez, and Southern Styles Salon are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 9th day of November, 2018.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITE STATES DISTRICT JUDGE